451 A.2d 678

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION,**

v.

**SHELLY & SANDS, INC. and Buckeye Union Insurance Co., Appellants.**

Supreme Court of Pennsylvania.

Argued Sept. 20, 1982.

Decided Nov. 4, 1982.

Jack W. Plowman, Plowman & Spiegel, Pittsburgh, for appellant.

George D. Wenick, Commonwealth of Pennsylvania, Office of Gen. Counsel, Dept. of Transp., Harrisburg, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Order affirmed.